**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 03-2408

HANNA MESFIN,

Petitioner,

versus

JOHN ASHCROFT, Attorney General,

Respondent.

On Petition for Review of an Order of the Board of Immigration Appeals. (A70-662-863)

Submitted: May 24, 2004                    Decided: July 7, 2004

Before LUTTIG, TRAXLER, and SHEDD, Circuit Judges.

Petition denied by unpublished per curiam opinion.

Thomas A. Elliot, Fabienne Chatain, ELLIOT & MAYOCK, Washington, D.C., for Petitioner.  Peter D. Keisler, Assistant Attorney General, Linda S. Wendtland, Assistant Director, Michelle R. Thresher, Office of Immigration Litigation, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C., for Respondent.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Hanna Mesfin, a native and citizen of Ethiopia, petitions for review of an order of the Board of Immigration Appeals affirming, without opinion, the Immigration Judge's ("IJ") denial of her application for asylum and withholding of removal.

On appeal, Mesfin raises challenges to the IJ's determination that she failed to establish her eligibility for asylum. To obtain reversal of a determination denying eligibility for relief, an alien "must show that the evidence [s]he presented was so compelling that no reasonable factfinder could fail to find the requisite fear of persecution." INS v. Elias-Zacarias, 502 U.S. 478, 483-84 (1992). We have reviewed the evidence of record and conclude that Mesfin fails to show that the evidence compels a contrary result. Accordingly, we cannot grant the relief that Mesfin seeks.

Accordingly, we deny the petition for review. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED

- 2 -